UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                Case No. 1:23–mj–00344–RSK

v.                              Hon. Ray Kent

PERNELL TEQUIN ORR,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Detention Hearing
Date/Time:           July 27, 2023   03:00 PM
Magistrate Judge:   Ray Kent
Place/Location:      584 Federal Building, Grand Rapids, MI

                                          RAY KENT
                                          U.S. Magistrate Judge

Dated:  July 24, 2023       By:    /s/ Faith Hunter Webb
                                              Judicial Assistant